# United States District Court
# Central District of California

| | |
|---|---|
| RICKI SUE MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>US BANK, N.A.,<br><br>    Defendants. | Case No. 2:16-cv-00101-ODW(GJS)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' recent settlement (ECF No. 11), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 8, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar, including the hearing on Defendant's Motion to Dismiss, and may be reset upon application to the Court. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 8, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**