# United States District Court
# Central District of California

| | |
|---|---|
| RICKI SUE MARTIN,<br><br>            Plaintiff,<br><br>   v.<br><br>US BANK, N.A.,<br><br>            Defendants. | Case No. 2:16-cv-00101-ODW(GJS)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' status report (ECF No. 13), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than April 8, 2016**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 8, 2016

                                                  _____
                                                    OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE