# United States District Court
# Central District of California

| | |
|---|---|
| RICKI SUE MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>US BANK, N.A.,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00101-ODW(GJS)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' status report (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than May 9, 2016**, why settlement has not been finalized. However, the Court expects a more detailed explanation regarding the delay in executing the agreement. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　**IT IS SO ORDERED.**

　　April 11, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**